**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAYLON JOHNSON** | § | |
| Plaintiff, | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. 4:23-CV-0638** |
| **GILBERT HERRERA,** | § | **(JURY TRIAL)** |
| **WAGNER'S CARNIVAL,** | § | |
| **ALMEDA MALL, and** | § | |
| **ANTHONY SCHIMIDT** | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE ON BEHALF OF ALMEDA MALL

Attorneys Brian G. Cano and Kyle J. Moore are admitted to practice in this Court and hereby give notice of their appearance on behalf Almeda Mall. **Brian G. Cano is counsel of record**.

Respectfully submitted,

**FEE, SMITH & SHARP, LLP**

*/s/ Kyle J. Moore*

Brian G. Cano
State Bar No. 24045613
Kyle J. Moore
State Bar No. 24117775
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone:    (713) 362-8300
Facsimile:    (713) 362-8302
bcano@feesmith.com
ahouston@feesmith.com

**ATTORNEYS FOR DEFENDANT,**
**ALMEDA MALL**

1

## **CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all counsel of record through the Court's electronic-filing system.

/s/ *Kyle J. Moore*