# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JAYLON JOHNSON,** *Plaintiff,* § § § § § § § § § | Case. No. 4:23-cv-00638 |
| **VS.** | |
| **GILBERT HERRERA, WAGNER'S CARNIVAL, ALMEDA MALL, ANTHONY SCHIMIDT,** *Defendants.* | |

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES</u>

Plaintiff, Jaylon Johnson, files this Certificate of Interested Parties identifying all persons and entities known to him that are financially interested in the outcome of this litigation:

### <u>Plaintiff</u>

1. Jaylon Johnson c/o U. A. Lewis P.O. Box 27353, Houston, TX 77227 Fax:713-570-6555, Email:myattorneyatlaw@gmail.com

### <u>Defendants</u>

2. Wagner's Carnival c/o Essay Eden and Stephanie Marion Krueger, 440 Louisiana St Ste 1400 Houston, TX 77002 Phones: 713-322-4878 and 713-403-8210, Emails: e-service@daspitlaw.com and skrueger@thompsoncoe.com

3. Almeda Mall c/o Brian Gregory Cano and Alvin Dean Houston, 2777 Allen Pkwy Ste 800 Houston, TX 77019, Phone: 713-362-8300, Emails: bcano@feesmith.com and Ahouston@donatobrown.com

4. Gilbert Herrera, 1311 Smiley St, Amarillo, TX 79106-4222.

5. Anthony Schimidt

If any new persons are added, or additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Plaintiff will file an amended certificate with the Clerk.

Respectfully Submitted,

The Lewis Law Group PLLC.

By: /s/ U.A. Lewis
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
Email: myattorneyatlaw@gmail.com
Attorney-in-charge

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been forwarded to each counsel of record through ECF on the date of this filing.

**/s/ U.A. Lewis**
**U.A. Lewis**