IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLON JOHNSON, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-0638 |
| | § | (JURY TRIAL) |
| GILBERT HERRERA, | § | |
| WAGNER'S CARNIVAL, | § | |
| ALMEDA MALL, and | § | |
| ANTHONY SCHIMIDT | § | |
| | § | |

**DEFENDANT ALMEDA MALL'S NOTICE
OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES**

NOW COMES Defendant, Almeda Mall, who files and gives this Notice of Service of Mandatory Initial Discovery Responses, notifying the Court that on this date Defendant, Almeda Mall, served on all parties through their counsel of record its Initial Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**FEE, SMITH & SHARP, L.L.P.**

/s/ *Kyle J. Moore*

**BRIAN G. CANO**
State Bar No. 24045613
**KYLE J. MOORE**
State Bar No. 24117775
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 362-8300
(713) 362-8302 [Fax]
bcano@feesmith.com
kmoore@feesmith.com

**ATTORNEYS FOR DEFENDANT ALMEDA MALL**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served on all counsel of record on April 30, 2023, via the Court's electronic filing manager.

U.A. Lewis
Lewis Law Group
PO Box 27353
Houston TX 77227
Tel. (713) 570-6555
*Attorney for Plaintiff*,
Jaylon Johnson

Stephanie M. Krueger and Essay Eden
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston TX 77056
Tel. (713) 403-8210
*Attorneys for Defendant*,
Wagner's Carnival

/s/ *Kyle J. Moore*
**Kyle J. Moore**