# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Jaylon Johnson

v.                                                     Case Number: 4:23−cv−00638

Gilbert Herrera, et al.

---

# Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/31/2023

**TIME:** 10:20 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   May 1, 2023                                    Nathan Ochsner, Clerk