IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLON JOHNSON § § *Plaintiff*, § § V. § § GILBERT HERRERA, et. al. § § *Defendants*. § § § § | CIVIL ACTION NO. 4:23-cv-00638 |

**DEFENDANT WAGNER'S CARNIVAL'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties [ECF No. 2] and Federal Rule of Civil Procedure 7.1, Defendant Wagner's Carnival ("Defendant") hereby certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities are financially interested in the outcome of this litigation:

1. Defendant Wagner's Carnival is not publicly traded and has no parent company.

2. Jaylon Johnson (Plaintiff)

Represented By:

    LEWIS LEWIS LAW GROUP

    U.A. Lewis

    State Bar No. 24076511
    myattorneyatlaw@gmail.com
    PO BOX 27353
    Houston, Texas 77227
    Telephone: (713) 570-6555
    Facsimile: (713) 581-1017

3. Almeda Mall (Defendant)

Represented By:

    FEE, SMITH & SHARP, LLP

    Kyle J. Moore

    State Bar No. 24117775
    kmoore@feesmith.com
    PO BOX 27353
    Houston, Texas 77227
    Telephone: (713) 570-6555
    Facsimile: (713) 581-1017

4. Gilbert Herrera (Defendant)

1311 Smiley St., Amarillo, TX 79106-4222.

5. Anthony Schimidt (Defendant)

2319 Pasadena Blvd., Trlr. 43, Pasadena, Texas 77502

6. Wagner's Carnival (Defendant)

Represented By:

    **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

    Stephanie M. Krueger
    State Bar No. 24078581
    skrueger@thompsoncoe.com
    Essay Eden
    State Bar No. 24120248
    eeden@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone: (713) 403-8210
    Facsimile: (713) 403-8299

    Respectfully submitted,

    **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

    By:  */s/ Stephanie M. Krueger*
        STEPHANIE M. KRUEGER

       State Bar No. 24078581
       SKrueger@thompsoncoe.com
       Essay Eden
       State Bar No. 24120248
       EEden@thompsoncoe.com
       One Riverway, Suite 1400
       Houston, Texas 77056
       (713) 403-8210; Fax: (713) 403-8299
       E-serve: skrueger@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT WAGNER'S CARNIVAL**

**CERTIFICATE OF SERVICE**

      This is to certify that on May 1, 2023, a copy of this document was served on all Counsel of Record in accordance with the Federal Rules of Civil Procedure:

*<u>Via E-Mail</u>*
U.A. Lewis
Lewis Lewis Law Group
PO Box 27353
Houston, Texas 77227
Phone: 713-570-6555
Fax:  713-581-1017
Email: myattorneyatlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**

*<u>Via E-Mail</u>*
Brian C. Cano
Kyle J. Moore
Fee, Smith, Sharp, LLP
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone: (713) 362-8300
Email: bcano@feesmith.com
Email: ahouston@feesmith.com
**ATTORNEY FOR ALMEDA MALL**

*<u>Via First Class Mail</u>*
Gilbert Herrera
1308 Dahlia Street
Amarillo, Texas 79107
**DEFENDANT**

*<u>Via First Class Mail</u>*
Anthony Schmidt
2319 Pasadena Blvd.  Trlr 43
Pasadena, Texas 77502
**DEFENDANT**

                                        */s/ Essay Eden*
                                        Essay Eden